# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,<br><br>                    Plaintiff,<br><br>     v.<br><br>THE GEO GROUP, INC.,<br>and DOES 1-50,<br><br>                    Defendants.<br>_____/ | **CASE NO. 1:12-cv-1933-AWI-SKO**<br><br>**Related Cases:**<br>    **1:12-cv-2026-AWI-SKO**<br>    **1:12-cv-1654-AWI-SKO**<br><br>**ORDER RE RECUSAL** |

On December 19, 2012, the district court issued an order (Doc. 8) indicating that this case is similar to *Edison v. United States et al.,* 1:12-cv-1654-AWI-SKO in that both cases appear to involve similar questions of fact and law such that assignment to the same district judge and magistrate judge is likely to effect a substantial savings of judicial effort. *See* Local Rule 183. Therefore, the district court ordered that this case be reassigned to the undersigned magistrate judge. (Doc. 6.)

On January 4, 2013, the undersigned recused herself from case number 1:12-cv-1654-AWI-SKO. The undersigned also recuses herself from this related matter.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The undersigned recuses herself as magistrate judge to whom this case is assigned;
2. This case is reassigned to Magistrate Judge Gary S. Austin; and
3. All future pleadings filed with this Court shall use the following case number:

**1:12-cv-1933-AWI-GSA**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

**Dated:   January 4, 2013**              /s/ Sheila K. Oberto
                                                         UNITED STATES MAGISTRATE JUDGE