UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,          )<br>                                          )<br>           Plaintiff,              )<br>                                          )<br>     v.                                 )<br>                                          )<br>THE GEO GROUP, et al.,    )<br>                                          )<br>           Defendants.         )<br>_____) | Case No.: 1:12-cv-01933  AWI  JLT<br><br>**ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED** |

For reasons that have been explained by Plaintiff but which are far from clear[1], Plaintiff is proceeding in two cases in this Court based upon the same factual basis and against the same defendants.[2]  The cases include the instant matter and *Edison v. United States of America*, case no. 1:12-cv-02026.  The latter case appears to include the universe of defendants Plaintiff intends to name and the universe of claims Plaintiff intends to pursue.  Thus, it does not appear to the Court that consolidation is expedient or would serve the interest of judicial economy.  Instead, it seems that dismissal of the instant action should occur.

---

[1] The logic behind the explanation, that filing the same lawsuit three times cases was needed to protect Plaintiff's causes of action, is difficult to follow.  The Federal Rules of Civil Procedure and the California Code of Civil Procedure provide methods by which a plaintiff may add a defendant to a lawsuit without filing a new case.  Doing so squanders this Court's extremely limited judicial resources.

[2] There is a third case also, *Edison v. United States of America*, case no. 1:12-cv-01654 but the parties all agree that this case should be dismissed and the Court has addressed this case via minute order.

1

1 | Therefore, **within 14 days** of the date of the filing of this order, Plaintiff, GEO and MTC
2 | SHALL show cause in writing why dismissal of this action should not occur.  Each party's brief
3 | SHALL NOT exceed three pages.
4 |
5 | IT IS SO ORDERED.
6 | Dated: **January 15, 2013**                              **/s/ Jennifer L. Thurston**
7 |                                                          UNITED STATES MAGISTRATE JUDGE