Ian Wallach, SBN 237849
Jason K. Feldman SBN 213386
FELDMAN & WALLACH
606 Venice Blvd., Suite C
Venice, CA 90291
Telephone: (310) 577-2001
Fax: (310) 564-2004
ian@feldmanwallach.com
jason@feldmanwallach.com

Attorneys for Plaintiff,
GREGORY EDISON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY EDISON,<br><br>　　Plaintiff,<br><br>v.<br><br>THE GEO GROUP, INC. AND JOHN DOES 1-50.<br><br>　　Defendants. | Civil No.  1:12-cv-01933-AWI-JLT<br><br>**STIPULATION FOR DISMISSAL; ORDER** |

　　Plaintiff Gregory Edison and defendants The GEO Group, Inc. and Management & Training Corporation hereby stipulate by and through their respective attorneys that this action be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: February 7, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　FELDMAN & WALLACH


　　　　　　　　　　　　　　　　　　　/s/ Ian Wallach
　　　　　　　　　　　　　　　　　　　Ian Wallach
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: February 7, 2013          BURKE, WILLIAMS & SORENSEN LLP


/s/ Susan E. Coleman
Susan E. Coleman
Attorneys for Defendants The Geo Group, Inc. and Management & Training Corporation (MTC)

## ORDER FOR DISMISSAL

The above stipulation is APPROVED, and this action is hereby DISMISSED WITHOUT PREJUDICE, each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated:  February 7, 2013                            _____
                                                                          SENIOR  DISTRICT  JUDGE